**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dileep Thatte, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:06-cv-061 |
| LAS International, Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

___

On March 14, 2007, the Defendant filed a Motion to Compel Discovery, Extend Deadlines to Provide Discovery Responses, and Continue Trial. The Defendant's motion is denied for failure to comply with the court's local rules and is otherwise without merit.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge