**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dileep Thatte, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LAS International, Ltd., | ) | |
| | ) | Case No. 1:06-cv-061 |
| Defendant. | ) | |

On April 13, 2007, the parties filed a Settlement Agreement and Stipulation for Entry of Judgment. The court **ADOPTS** the parties' stipulation (Docket No. 18) and **ORDERS** that judgment be entered against LAS International, Ltd. in favor of Dileep Thatte in the amount of $77,000, without any costs or disbursements.

Dated this 13th day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge